# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DONNA KAISER and <br> STEVEN KAISER, <br><br> Plaintiffs, <br><br> v. <br><br> C.R. BARD, INC., Pelvic Repair Systems <br> Products Liability Litigation, <br><br> Defendant. | Case No. 4:12-cv-0862-DGK |

## ORDER DIRECTING PARTIES TO FILE STATUS REPORTS

This product liability case arises from Plaintiff Donna Kaiser's allegation that a pelvic mesh product implanted in her in July of 2010 was defective and/or was accompanied by inadequate warnings.

Plaintiffs are Florida residents but filed this case in the Western District of Missouri, where their attorneys reside. The case was subsequently transferred to the United States District Court for the Southern District of West Virginia with approximately 400 other pelvic mesh cases pursuant to 28 U.S.C. § 1407 for consolidated pretrial proceedings.

On January 6, 2017, this case was remanded back to this Court for trial. The remand order states the parties have identified the United States District Court for the Southern District of Florida as the proper venue for this case.

The Court ORDERS the parties to file a status report regarding this case. The report should identify and address all outstanding issues the Court needs to address, including whether this case should be transferred to the United States District Court for the Southern District of Florida.

The parties shall file their status reports on or before January 30, 2017. The parties may file a joint status report.

**IT IS SO ORDERED.**

Date: January 23, 2017         /s/ Greg Kays
                               GREG KAYS, CHIEF JUDGE
                               UNITED STATES DISTRICT COURT